BEFORE THE FIRST DIVISION, DECEMBER 1, 1965

**No. 69646.**—T. Cohn, Inc., and Inter-Maritime Fwdg. & Co. et al. *v.* United States, protests 60/5919, etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

**No. 69647.**—Polk's Model Craft Hobbies, Inc. *v.* United States, protest 63/20493(D) (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of miniature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiff was sustained.

**No. 69648.**—Ace Import Co., Inc. *v.* United States, protests 64/15896 and 64/19878 (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.